# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARLA WILSON, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE
OF HER MINOR SON MALCOLM
CALLOWAY

VERSUS

PARKS OF DUTCHTOWN
HOMEOWNER'S ASSOCIATION, ABC
INSURANCE COMPANY, FATHER,
TAMESHA HASTEN, TIM HASTEN
AND DEF INSURANCE COMPANY

NO.   2019 CW 0268

AUG 0 5 2019

---

In Re:   Parks of Dutchtown Homeowner's Association, applying
for supervisory writs, 23rd Judicial District Court,
Parish of Ascension, No. 115984.

---

**BEFORE:   CRAIN, THERIOT, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant
to relator's motion advising that the parties have settled this
case.

**WJC**
**MRT**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT